**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00752-CV

**JULES DYLAN STUER, Appellant**

**V.**

**SUSAN DUESLER, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07494**

## ORDER

Before the Court is appellant's December 23, 2019 "Letter and Request for Motion to Reverse, Remit, and Remand." We **DENY** appellant's motion.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE